IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. OATES,                )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                           )<br>                                   )<br>COVINGTON COUNTY BOARD OF          )<br>EDUCATION, et al.,                )<br>                                   )<br>     Defendants.                  ) | CIVIL ACTION NO.<br>  2:15cv686-MHT<br>       (WO) |

OPINION

Pursuant to Title VII and 42 U.S.C. § 1981 through 42 U.S.C. § 1983, plaintiff, a teacher in the Covington County school system, filed this lawsuit challenging defendants' failures to promote her on the basis of her race. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to amend her complaint to reinstate her Title VII claim should be granted, that defendants' motion to dismiss should be denied, and that defendants' motion for summary judgment on plaintiff's § 1981 claim should be granted. Also

before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of September, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**