IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICIA A. OATES,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:15cv686-MHT
                              )          (WO)
COVINGTON COUNTY BOARD OF     )
EDUCATION, et al.,            )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 38) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 37) is adopted.

(3) Defendants' motion to dismiss (doc. no. 12) is denied.

(4) Defendants' motion for summary judgment with respect to plaintiff's claim under 42 U.S.C.

     § 1981 (doc. no. 27) is granted.

(5) Plaintiff's motion to amend her complaint and reinstate her Title VII claim (doc. no. 31) is granted.

It is further ORDERED that no costs are taxed.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 30th day of September, 2016.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**